# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

OSAMA ABU IRSHAID, *et al.*,

                Plaintiffs,

    v.                                        No. 1:24-cv-1405 (MSN/WBP)

PAMELA BONDI, United States Attorney General, *et al.*,

                Defendants.

## **ORDER**

This matter comes before the Court on the Defendants' motion to stay the proceedings. Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that the Defendants' motion is GRANTED; and it is further

ORDERED that the instant action is STAYED until further order of this Court; and it is hereby

ORDERED that the Defendants shall file any Answer within seven (7) days after this Court issues its ruling on Defendants' Motion for Reconsideration (Dkt. 33).

Dated:  April 7, 2025

                                                                          /s/
                                                  MICHAEL S. NACHMANOFF
                                                  UNITED STATES DISTRICT JUDGE