IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

OSAMA ABU IRSHAID, et al.,
        Plaintiffs,

v.

PAMELA BONDI, *et al.*,
        Defendants.

No. 1:24-cv-01405-MSN-WBP

## ORDER

This matter comes before the Court on Plaintiffs' Motion for an Extension of Time to file an opposition to Defendants' Motion for Reconsideration (ECF 38). Upon good cause shown, it is hereby

**ORDERED** that Plaintiffs' Motion for an Extension (ECF 38) is **GRANTED**; and it is further

**ORDERED** that Plaintiffs shall file any opposition to Defendants' Motion for Reconsideration on or before April 24, 2025.

It is **SO ORDERED**.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

April 8, 2025
Alexandria, Virginia