IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN COURT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **Osama Abu Irshaid**, et al.; <br><br> *Plaintiffs,* <br><br> v. <br><br> **MERRICK GARLAND**, United States Attorney General, et al.; <br><br> *Defendants.* | Case No.: 1:24-cv-1405 (MSN/WBP) <br><br> District Judge Michael S Nachmanoff |

## MOTION TO WITHDRAW

Justin Sadowsky, who filed an Entry of Appearance in the above captioned case, hereby respectfully requests leave of this Court to withdraw his Entry of Appearance and representation as an attorney of record for Plaintiffs in this case. The reason for the withdrawal is that Mr. Sadowsky is leaving his employment at the CAIR Legal Defense Fund on April 21, 2025. Plaintiffs continue to be represented by Lena Masri and Gadeir Abbas at the CAIR Legal Defense Fund.

Dated: April 10, 2025                                              Respectfully Submitted,

                                                                                      CAIR LEGAL DEFENSE FUND
                                                                                      BY: /s/ Justin Sadowsky
                                                                                      Justin Sadowsky
                                                                                      jsadowsky@cair.com
                                                                                      Lena F. Masri
                                                                                      lmasri@cair.com
                                                                                      Gadeir I. Abbas
                                                                                      gabbas@cair.com
                                                                                      453 New Jersey Ave., S.E.
                                                                                      Washington, DC 20003

Phone: (202) 742-6420
Fax: (202) 488-0833

*Attorneys for Plaintiffs*