IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| OSAMA ABU IRSHAID, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-01405 (MSN/WBP) |
| | ) | |
| PAMELA BONDI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw Justin Sadowsky as Counsel for Plaintiffs. ("Motion"; ECF No. 41.) Having reviewed the Motion, having considered that Lena Masri and Gaedir Abbas will remain as counsel for Plaintiffs, and it otherwise being proper so to do, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Justin Sadowsky is granted leave to withdraw as counsel for Plaintiffs.

Entered this 11th day of April 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia