IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN COURT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **Osama Abu Irshaid**, et al.; <br><br> *Plaintiffs,* <br><br> v. <br><br> **Pam Bondi**, United States Attorney General, et al.; <br><br> *Defendants.* | Case No.: 1:24-cv-1405 (MSN/WBP) <br><br> District Judge Michael S Nachmanoff |

## NOTICE OF HEARING

THE CLERK OF COURT is kindly requested to place this case on the Court's docket for Friday, October 24, 2025 at 10:00 AM, or soon thereafter when the Court is available, for argument on Plaintiff's Motion to Compel (Dkt. 54).

Dated: October 6, 2025                    Respectfully Submitted,


                                          CAIR LEGAL DEFENSE FUND

                                          BY: /s/ Lena F. Masri
                                          Lena F. Masri
                                          lmasri@cair.com
                                          Gadeir I. Abbas
                                          gabbas@cair.com
                                          Catherine Keck
                                          ckeck@cair.com

453 New Jersey Ave., S.E.
Washington, DC 20003
Phone: (202) 742-6420
Fax: (202) 488-0833

*Attorneys for Plaintiffs*