IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN COURT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **Osama Abu Irshaid**, et al.; *Plaintiffs,* v. **Pam Bondi**, United States Attorney General, et al.; *Defendants.* | Case No.: 1:24-cv-1405 (MSN/WBP) District Judge Michael S Nachmanoff |

**PLAINTIFFS' MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND THE DISCOVERY DEADLINE**

Plaintiffs, by and through their undersigned counsel, respectfully move the Court to amend the scheduling order to extend the discovery deadline by 45 days for the purpose of conducting a pending 30(b)(6) deposition and completing written discovery. Currently, discovery concludes on October 10, 2025. With the requested extension, discovery would close on Monday, November 24, 2025.

Pursuant to Fed. R. Civ. P. 37, the undersigned counsel certifies that they conferred with the Government regarding this extension, and the Government is opposed.

Good cause exists for this requested extension. Defendants just completed their response to Plaintiff's written discovery request on September 29, 2025. The shortcomings of that response gave rise to Plaintiff's motion to compel, which is now scheduled to be heard on October 24, 2025. Additionally, because of the current lapse in appropriations and lack of accessibility of the Government's counsel, a reasonable extension to complete depositions

and written discovery is in the best interest of this case. For the aforementioned reasons, Plaintiffs request an amendment to the scheduling order to extend to the close of discovery deadline.

Dated: October 7, 2025                                             Respectfully Submitted,

                                              CAIR LEGAL DEFENSE FUND

BY: /s/ Lena F. Masri
Lena F. Masri
lmasri@cair.com
Gadeir I. Abbas
gabbas@cair.com
Catherine Keck
ckeck@cair.com

453 New Jersey Ave., S.E.
Washington, DC 20003
Phone: (202) 742-6420
Fax: (202) 488-0833

*Attorneys for Plaintiffs*