IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OSAMA ABU IRSHAID, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, United States Attorney General, *et al.*, <br><br> Defendants. | No. 1:24-cv-1405 (MSN/WBP) |

### ORDER

In consideration of Defendants' Motion for a Limited Stay of Discovery Due to Lapse in Appropriations (ECF 57), and for good cause shown, it is hereby

ORDERED that the deadline for Defendants to oppose Plaintiff's motion to compel shall be extended commensurate with the duration of the lapse in appropriations (i.e., that they are ordered to respond to the motion to compel five days after the lapse in appropriations ends); and it is hereby

ORDERED that any hearing on Plaintiff's motion to compel is continued until to the first available Friday after Defendants file their response to the motion to compel; and it is hereby

ORDERED that the discovery period in this case is stayed from the time the lapse in appropriations began (*i.e.*, October 1, 2025) until the date on which the lapse in appropriations ends, such that once the lapse ends, there will be an equivalent number of days remaining in the discovery period as there were when the lapse began; and it is hereby

ORDERED that the parties will file a joint status report with the Court immediately upon the end of the lapse in appropriations.

1

October 7, 2025                                                                                       /s/
                                                                                        _____
                                                                                        Michael S. Nachmanoff
                                                                                        United States District Judge