# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| OSAMA ABU IRSHAID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-01405 (MSN/WBP) |
| ) | |
| MERRICK GARLAND, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff filed a Motion to Compel (ECF No. 54), and Defendants filed a Motion for Protective Order (ECF No. 74), both relating to Defendants' assertion of the law enforcement privilege and other privileges and objections to written discovery and deposition notices served by Plaintiff.

The Court held a hearing on these motions on December 5, 2025. During the hearing, counsel for Defendants stipulated that CBP conducted "forensic" searches of Plaintiff's electronic devices on June 3, 2024, and on August 8, 2024, and counsel for Defendants agreed to provide Plaintiff with information about any searches that CBP conducted on Plaintiff's electronic devices from 2023 to the present. The parties may access a recording of the hearing, including the Court's findings and reasoning, which the Court incorporates in this Order, through the Court's recording system. Accordingly, the Court ORDERS as follows:

    1.    The Court GRANTS the Motion to Compel as to Interrogatory No. 2(f), as revised by this Order: "The legal and agency policy basis for the June 3, 2024, and August 8, 2024, searches."

  2. The Court DENIES the Motion to Compel as to Interrogatory Nos. 1 and 2(a)-(2)(e) and as to Requests for Production of Documents Nos. 1–5.

  3. The Court GRANTS the Motion for Protective Order as to the depositions of the FBI and TSC, and the Court quashes Plaintiff's Notices of 30(b)(6) Deposition for the FBI and the TSC (ECF No. 75-1 at 6–13).

  4. The Court GRANTS in part and DENIES in part the Motion for Protective Order, and the Court limits the Topics for the 30(b)(6) Deposition for CBP (*id*. at 2–5) as follows:

    a. The Court strikes Topics 1, 3, 4, and 5; and

    b. The Court revises Topic 2 as follows: "The reason or reasons why CBP searched Plaintiff's electronic device(s) on June 3, 2024, and August 8, 2024."

Entered this 5th day of December 2025.

                             _____
Alexandria, Virginia                  William B. Porter
                            United States Magistrate Judge