IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN COURT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **Osama Abu Irshaid**; *Plaintiff,* v. **Pam Bondi**, United States Attorney General, et al.; *Defendants.* | Case No.: 1:24-cv-1405 (MSN/WBP) District Judge Michael S Nachmanoff |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff, through undersigned counsel, hereby respectfully submits this motion for summary judgment. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: February 27, 2026

Respectfully Submitted,

CAIR LEGAL DEFENSE FUND

BY: /s/ Lena F. Masri
Lena F. Masri
lmasri@cair.com
Gadeir I. Abbas
gabbas@cair.com
Catherine Keck
ckeck@cair.com
453 New Jersey Ave., S.E.
Washington, DC 20003
Phone: (202) 742-6420
Fax: (202) 488-0833

*Attorneys for Plaintiffs*

1