**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| Osama Abu Irshaid, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-cv-1405-MSN-WBP |
| | ) | |
| | ) | |
| Markwayne Mullin , et al., | ) | |
| Defendantts. | ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on September 14th , 2026, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff and against the Defendants.

LAURA GRIFFIN, CLERK OF COURT

By: /s/
L. Creek
Deputy Clerk

Dated: September 14, 2026
Alexandria, Virginia